**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6489**

─────────────

BRETT C. KIMBERLIN,

                                   Petitioner - Appellant,

    versus

STEPHEN DEWALT, Warden,

                                   Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-99-979-2)

─────────────

Submitted: May 16, 2000                Decided: May 25, 2000

─────────────

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Brett C. Kimberlin, Appellant Pro Se. George Maralan Kelley, III, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brett C. Kimberlin appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Kimberlin v. Dewalt</u>, No. CA-99-979-2 (E.D. Va. Apr. 3, 2000). We deny Kimberlin's motions for bail pending appeal and for appointment of counsel. Finally, we deny Kimberlin's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2